## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**

**V.**                           **NO. 4:23-CR-00276-12 BSM**

**FERNANDO RIASCOS, JR.**

## COURT'S NOTICE OF PROPOSED MODIFICATION OF PRETRIAL RELEASE CONDITIONS[1]

The Court has received a status report from Pretrial Services regarding Riascos, Jr.'s positive performance while on pretrial release conditions imposed on December 12, 2023.   The status report has been shared with counsel by email.

To comply with its statutory mandate to ensure that Mr. Riascos' release conditions are "least restrictive" to reasonably assure appearance and community safety,[2] the Court proposes to modify Riascos' release conditions to modify the

---

[1] Magistrate judges have the authority to "at any time" amend bond conditions "to impose additional or different conditions of release."   18 U.S.C. § 3142(c)(3); see also *United States v. Spilotro*, 786 F.2d 808, 815 (8th Cir. 1986) (holding a magistrate judge can "amend *sua sponte* and at any time the conditions of release").

[2] See 18 U.S.C. § 3142(c)(1)(B).

condition of home detention to curfew.

Within seven days, the parties are directed to state their position regarding the proposed modification.

IT IS SO ORDERED this 30th day of June, 2026.

_____
PATRICIA S. HARRIS
UNITED STATES MAGISTRATE JUDGE